**01–515.  Barker v. Carter.**

In Habeas Corpus. On petition for writ of habeas corpus by Jason Barker. *Sua sponte,* cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.